# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

MOUSTAPHA BAYO,                       :
                                      :
      Plaintiff,                    :
                                      :
v.                                    :   CIVIL ACTION NO.
                                      :   2:11-CV-0286-RWS
WILLIE JOE SCRIPTURE, d/b/a           :
Southern Restaurant Management,       :
                                      :
      Defendant.                    :

## ORDER

This case is before the Court for consideration of the Final Report and Recommendation [4] of Magistrate Judge Susan S. Cole.  After reviewing the Report and Recommendation and Plaintiff's Objections [5] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court.  The Court finds that Judge Cole properly concluded that Defendant is not a state actor for purposes of a 42 U.S.C. § 1983 action.  Therefore, the Court concludes that the Complaint fails to state a claim on which relief may be granted and **ORDERS** that this action be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2).  The Clerk shall close the case.

AO 72A
(Rev.8/82)

**SO ORDERED**, this  28th  day of November, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE