# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

MOUSTAPHA BAYO, :
:
    Plaintiff, :
:
v. : CIVIL ACTION NO.
: 2:11-CV-0286-RWS
WILLIE JOE SCRIPTURE, d/b/a :
Southern Restaurant Management, :
:
    Defendant. :

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [4] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation and Plaintiff's Objections [5] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. The Court finds that Judge Cole properly concluded that Defendant is not a state actor for purposes of a 42 U.S.C. § 1983 action. Therefore, the Court concludes that the Complaint fails to state a claim on which relief may be granted and **ORDERS** that this action be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2). The Clerk shall close the case.

**SO ORDERED**, this  28th  day of November, 2011.


_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE